**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 98-cr-00124-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

THOMAS LOCKLIN JONSRUD,

       Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

On November 14, 2006, the Court approved a petition for early termination of supervision in this case prior to the scheduled termination date.  The Government did not file any written objections to this proposed relief within the time allotted.

Accordingly, it is:

ORDERED that the defendant be discharged from supervised release and that the proceedings in this case be terminated.

DATED at Denver, Colorado, this 18th day of December, 2006.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
United States District Judge